UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 22-CR-20479-FAM

UNITED STATES OF AMERICA,

    Plaintiff

v.

JIU FA CHEN,

    Defendant.
_____/

**ORDER ON DEFENDANT JIU FA CHEN'S MOTION TO TRAVEL
TO FORTALEZA, BRAZIL**

THIS CAUSE came before the Court upon Defendant Jiu Fa Chen's Motion to travel to Fortaleza, Brazil (D.E 62). After having considered the Defendant's papers after careful consideration, the Court having been fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendant Chen's to Motion to Travel to Fortaleza, Brazil is granted; and it is further

ORDERED AND ADJUDGED that Defendant Chen shall be permitted the following international travel:

    On June 29, 2025, Defendant Chen will fly commercial airlines from either Miami or Ft. Lauderdale, Florida to Fortaleza, Brazil. He will stay at Hotel Gran Marquise Av, Beira Mar, 3980- Mucuripe, Fortaleza- CE, 60165- 121, Brazil.

On July 7, 2025, Defendant Chen will return to Miami via a commercial flight.

On July 8, 2025, Defendant Chen shall inform his assigned probation officer of his return to Miami, Florida.

ORDERED AND ADJUDGED that all other conditions of Defendant Chen's supervised release shall remain in full force and effect.

DONE AND ORDERED in Miami, Dade County, Florida, this _____ June 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record